**TRUSTEE'S FINDINGS OF FACT AND SUMMARY OF PLAN –2/25/15**

**DEBTOR:** Sylvia L. Hardy  **BK. #** 14-21137
**ATTORNEY:** George Mitris, Esq.  **ATTORNEY FEES:** $3,050
 Additional Attorney Fees: $

I. **TRUSTEE RECOMMENDATION:** __X__ Plan Recommended  ____ Plan Not Recommended

II. **PLAN FILED DATE:** 11/11/14

 A. **PAYMENTS:** $925 per monthly voluntarily

 B. **REPAYMENT:**
 To secured creditors $39,150 with interest $ 46,698
 To priority creditors $2,993
 To unsecured creditors $1,574 100 %
 Total unsecured debt $1,574
 Duration of Plan 5 years
 Total Scheduled Debt $44,267 incl. mortgages

 C. **FEASIBILITY:**
 Monthly Income $2,666 (net) $2,666 (gross)
 Less Estimated Expenses $1,745
 Excess for Wage Plan $921

 D. **OBJECTIONS to Confirmation:**
 HFC – Treatment of their arrearage claim in the plan.

 E. Other comments:
 ☐ risk factor 3 because of prior bankruptcies
 ☐ need judgments removed  ☐ need mortgages eliminated
 ☐ need appraisals of real estate and personal property  ☐ need motions to value collateral
 ☐ need certification of post petition DSO payments.  ☐ need proof of surrender efforts
 ☒ other: 1) The term of the plan starts March, 2015. Payments prior to that date will be added to the plan; and 2) The Trustee will monitor post–petition real estate taxes for the term of the plan to ensure that they are timely paid.

III. **TREATMENT OF SECURED CLAIMS/LEASE ARREARS:** [Interest rate unless otherwise stated: 5.25 %]

| Creditor | Amt of Claim | Security Claimed | Perfected | Plan Treatment | Monthly Pmt |
|---|---|---|---|---|---|
| Sibley Corp. | No Claim | Mortgage | Yes | Direct | |
| Astrum Funding | No Claim | Mortgage | Yes | Direct | |
| Assoc. Cons. | No Claim | Mortgage | Yes | Direct | |
| Santander | $987.95 | '04 Chevy | Yes | Paid by Cosigner | |
| HFC | $20,395.92 | Mortgage | Yes | $14,416.55 | $273.71 |
| | | Interest | Yes | $5,979.37 + 0% | $99.66 |
| | | | | Plus post-petition fees $450 | |
| ATF | $17,555.89 | R/P Taxes | Yes | $9,578.43 + 18% | $243.74 |
| | | Interest | Yes | $7,977 + 0% | $134.94 |
| Monroe Co. Treas. | $748.52 | R/P Taxes | Yes | Full + 18% | $17.78 |

IV. **SPECIAL PLAN PROVISIONS:**

    A.    CLASSIFICATION of unsecured creditors: *Not applicable*
           Class 1:    %   $
           Class 2:    %   $
           Class 3     %   $

    B.    Rejection of executory contracts:

    C.    Other Plan Provisions:

V. **BEST INTEREST TEST:**
    A.    All assets were listed.
    B.    Total market value of assets:     $ 40,661
           Less valid liens     $ 37,200
           Less exempt property     $ 3,461
           (Available for judgment liens )
           Subtotal     $ 0
           Less est. Chapter 7 fees     $ 0
    C.    Total available in liquidation     $ 0
    D.    Best interests including present value     $ 0
           Less priority claims     $ 2,993
           (Support $       )
    E.    Amount due to unsecured     $ 0
    F.    Amount to be distributed to unsecured creditors     $ 1,574

    G.    Nature of major non-exempt assets:

VI. OTHER:
   A. Debtor(s) states that the plan is proposed in good faith with intent to comply with the law.
   B. Debtor(s) states that to the best of its knowledge there are no circumstances that would affect the ability to make the payments under the plan.
   C. (If a business) The Trustee has investigated matters before him relative to the condition of debtor's business, and has not discovered any actionable causes concerning fraud, dishonesty, incompetence, misconduct, mismanagement or irregularities in managing said business.
   D. Debtor requests no wage order because: _____ disability or retirement, _____ self employed, _____ risk of job loss, _____ other
   E. Converted from Chapter 7 because: Non Applicable.

/S/_____
GEORGE M. REIBER, TRUSTEE